# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-20614 | | | Trustee Name: | Robert A. Angueira |
| --- | --- | --- | --- | --- | --- |
| Case Name: | T., LEONIDAS ORTEGA | | | Date Filed (f) or Converted (c): | 06/11/2015 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 07/15/2015 |
| | | | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 2 | Intercredit Bank- Account Ending in 7606 | $9,500.00 | $7,595.00 | | $7,595.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 3 | Suntrust Account 0189003329814 | $27,709.47 | $22,165.00 | | $22,165.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 4 | Landlord Security Deposit | $6,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 5 | Household Goods and Furniture | $50,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 6 | 15 Paintings | $75,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 7 | 50-100 Paintings painted by Leonidas Ortega | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 8 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 9 | Rolex | $5,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 10 | Various Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 11 | North American Company Life Ins Policy XX8730 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 12 | AXA Equitable Insurance Policy No 91 051 698 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 13 | North American Co. for Life and Health XX6540 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 14 | Tax Refund | $1,545.00 | $1,240.00 | | $1,240.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |
| 15 | 2 Computers | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 1 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-20614 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | Date Filed (f) or Converted (c): | 06/11/2015 (f) |
| For the Period Ending: | 09/30/2024 | §341(a) Meeting Date: | 07/15/2015 |
| | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 Undisclosed Pre-Petition Transfers (u) | $1,400,000.00 | $1,400,000.00 | | $0.00 | $1,400,000.00 |
| 17 AmEx Family Transfers Action - Adv. Case 17-01227-LMI (u) | $67,500.00 | $67,500.00 | | $67,500.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

$1,644,954.47     $1,498,500.00     $98,500.00     $1,400,000.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2024 | The Trustee is still in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. The Trustee's collection efforts have been filed with the court under seal. (LT) |
| 06/30/2024 | The Trustee is still in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 03/31/2024 | The Trustee is still in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 12/31/2023 | The Trustee is still in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 09/30/2023 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 06/30/2023 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 03/31/2023 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 12/31/2022 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. (LT) |
| 09/30/2022 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. LT |
| 06/30/2022 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. LT |
| 03/31/2022 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. LT |
| 12/31/2021 | The Trustee is in the process of evaluating options for the estate in order to recover on the money judgment previously obtained by the Trustee. Trustee reviewed case status. LT |
| 09/30/2021 | After an evidentiary hearing on the matter, the Court ultimately awarded damages in favor of the Trustee. The Trustee is in the process of evaluating options for the estate. Trustee reviewed case progress. (LT) |
| 06/30/2021 | Trustee reviewing claims and reviewed case progress. (LT) |
| 03/08/2021 | Had evidentiary hearing on motion for entry of final judgment. Written closing arguments will be submitted by 3/12. Trustee reviewed case progress. (LT) |
| 09/25/2020 | On February 10 and 11, 2020, the bankruptcy court tried the Trustee's complaint seeking denial of the debtor's discharge. On July 22, 2020, the court entered a final judgment in favor of the Trustee and denying the debtor's discharge under 11 U.S.C. Sec. 727(a)(4) and (5). The Trustee settled the adversary proceeding that sought to recover fraudulent transfers from the Debtor's family members, bringing $67,500.00 into the estate. In April, 2020, consistent with the terms of the final judgment, the Trustee filed a motion seeking entry of final judgment awarding the Trustee damages exceeding $5.3 million. The matter was scheduled for an evidentiary hearing to take place on September 21 and 23, 2020, but the debtor sought a continuance for health reasons. The court granted the continuance and a status conference is now scheduled for December 21, 2020. |
| 07/31/2020 | On July 22, 2020, the court entered a final judgment in favor of the Trustee and denying the debtor's discharge under 11 U.S.C. Sec. 727(a)(4) and (5). Trustee reviewed case progress (LT) |
| 05/01/2020 | In April, 2020, consistent with the terms of the final judgment, the Trustee filed a motion seeking entry of final judgment awarding the Trustee damages exceeding $5.3 million. Trustee reviewed case progress. (LT) |

| Case No.: | 15-20614 | | | Trustee Name: | Robert A. Angueira |
| Case Name: | T., LEONIDAS ORTEGA | | | Date Filed (f) or Converted (c): | 06/11/2015 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 07/15/2015 |
| | | | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 09/30/2019 | Trustee reviewed case progress; The Trustee's adversary proceeding seeking a determination that various language schools, a foreign corporation and a foreign trust were property of the Debtor's estate was tried by the bankruptcy court on various dates between July 2018 and January 2019. On July 22, 2019, the Bankruptcy Court issued a Memorandum Opinion determining that the Debtor is the equitable owner of the foreign trust which, in turn, owns the remaining corporate defendants. The Court entered a Final Judgment on August 15, 2019 compelling the foreign trust to turnover to the Trustee all of its assets, wherever located, including the shares of the foreign corporation and language schools, and to provide an accounting. The Trustee is now focused on enforcing the Final Judgment. A second adversary proceeding seeking the recovery of fraudulent transfers from the Debtor's family members remains pending, and the pretrial conference is scheduled for February 12, 2020. An objection to the Debtor's discharge is still pending. (LT) |
| 01/08/2019 | 1/8/19 - An Order denying corporate defendants' Ore Tenus Motion for Judgment on Partial Findings [D.E. 328] was entered on 1/3/19. The trial was concluded on 1/7/19. The Trustee is waiting for court's ruling. Trial that was concluded was related to complaint to pierce corporate veil/alter ego, filed in Adversary Case. The court has not set a trial date in Adversary Case filed by the Trustee against the Debtor, seeking the denial of the Debtor's discharge. Trustee reviewed case status. (LT) |
| 09/28/2018 | 9/28/18 - In March, 2016, the Trustee objected to the Debtor's claimed exemptions. In September 2016, the bankruptcy court entered an order sustaining the Trustee's objection to the Debtor's claimed exemptions, and the Debtor was required to pay the Estate $31,000 in 8 monthly payments. The Debtor these completed these payments on June 15, 2017.  The 546 deadline expired in June, 2016. Prior to that deadline, the Trustee commenced three actions: (1) an avoidance action against the Debtor's insiders and other relatives (the "Avoidance Litigation"); (2) an action to determine the Estate's ownership interest in various language schools that were not disclosed on the Debtor's schedules (the "Property of the Estate Litigation"); and (3) an objection to the Debtor's discharge (the "Discharge Litigation"). The Property of the Estate Litigation and the Discharge Litigation have been consolidated solely for discovery purposes, with the Court indicating that it will rule on joint issues together.<br>The Debtor's largest creditor, Interamerican Asset Management Fund Limited ("IAMF") also filed an objection to the Debtor's discharge and to the dischargeabilty of its debt. The Trustee's action and IAMF's action were consolidated for purposes of discovery and trial, but such consolidation was limited to the issue of whether the Debtor holds an undisclosed interest in any of the corporate defendants.<br>The Trustee conducted numerous depositions in the Property of the Estate Litigation and reviewed thousands of documents produced by the defendants. Trial was held the week of July 18-22, 2018, and it is scheduled to recommence on November 13-15, and again on December 18-20. The Trustee is still presenting its case in chief. There is currently no pretrial conference scheduled in the Discharge Litigation, as the Court wanted to resolve certain related issues in the Property of the Estate Litigation before determining those issues in the discharge action.<br>The pretrial conference in the Avoidance Litigation was continued to January 2, 2019. The Trustee served the defendants with requests for production and has reviewed the produced documents. The Trustee took the deposition of one defendant and will reschedule the deposition of an additional defendant that failed to appear. |
| 01/12/2018 | Trustee reviewed case progress; Litigation still ongoing as stated in notes on 9/28/17. (LT) |

                                                                                    **SUBTOTALS**          $0.00          $0.00

| Case No.: | 15-20614 | | | Trustee Name: | Robert A. Angueira |
| Case Name: | T., LEONIDAS ORTEGA | | | Date Filed (f) or Converted (c): | 06/11/2015 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 07/15/2015 |
| | | | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/28/2017  9/28/17 -- In March, 2016, the Trustee objected to the Debtor's claimed exemptions. In September 2016, the bankruptcy court entered an order sustaining the Trustee's objection to the Debtor's claimed exemptions, and the Debtor was required to pay the Estate $31,000 in 8 monthly payments. The Debtor these completed these payments on June 15, 2017. The 546 deadline expired in June, 2016. Prior to that deadline, the Trustee commenced three actions: (1) an avoidance action against the Debtor's insiders and other relatives (the "Avoidance Litigation"); (2) an action to determine the Estate's ownership interest in various language schools that were not disclosed on the Debtor's schedules (the "Property of the Estate Litigation"); and (3) an objection to the Debtor's discharge (the "Discharge Litigation"). The Property of the Estate Litigation and the Discharge Litigation have been consolidated solely for discovery purposes, with the Court indicating that it will rule on joint issues together. The Trustee has been engaged in discovery with the defendants in each of the adversary proceedings, and was required to file motions to compel in the Property of the Estate Litigation, which the Court granted. To date, the Trustee has taken limited depositions, but, because the Trustee recently received various document productions (although still incomplete) from the defendants in the various actions, he has scheduled additional depositions for mid-October. The Court previously entered an order continuing the pretrial conference in the Property of the Estate Litigation until November, 2017, and there is currently no pretrial scheduled in the Discharge Litigation, as the Court wanted to resolve certain related issues in the Property of the Estate Litigation before determining those issues in the discharge action. The pretrial conference in the Avoidance Litigation is scheduled for November 8, 2017. The Debtor's largest creditor also filed an objection to the Debtor's discharge and to the dischargeabilty of its debt. That action remains pending and the Court indicated to the parties, and the Trustee, that all parties should coordinate joint discovery for each of the pending adversary proceedings, which the parties are in the process of doing.

07/03/2017  7/3/17 - Trustee status update: Three litigation matters are pending: (1) Alter Ego/Declaratory Judgment Adversary Proceeding; (2) Objection to Discharge; and (3) Fraudulent Transfer Adversary Proceeding against Debtor's family members. We are still engaged in discovery in all three matters. As a result of Judge Isicoff's order on our motion to compel, last Friday we finally received the native QuickBooks records from the corporate defendants. We have provided the files to Maria Yip's office, and they are/will be analyzing the QuickBooks. We will let you know if anything helpful comes of the files. Hopefully Maria's office will complete their review prior to the start of the next round of depositions. If not, then we will likely move the depositions of the corporate representatives so that Maria's office can complete their review. Judge Isicoff also required us to have an e-discovery conference with Paul Orshan so that the corporate defendants could do another search of their electronic records (Judge Isicoff said that their initial search was inadequate). That conference took place last week and now we are waiting to hear from the corporate defendants' vendor so that we can coordinate the search and the vendor can provide a quote to the corporate defendants. Once the electronic discovery is resolved, we should be pretty much done with the paper discovery. The discovery cutoff in the Alter Ego/Declaratory Judgment Adversary Proceeding is October 9, 2017.

05/15/2017  5/15/17 - The 546 deadline is the second week of June, and the Trustee has been preparing avoidance actions. However, to date, the Trustee has commenced two adversary proceedings—an action to determine the Estate's ownership interest in various language schools that were not disclosed on the Debtor's schedules and an objection to the Debtor's discharge. Both actions have been consolidated solely for discovery purposes. The Trustee has been engaged in discovery with the defendants in the adversary proceedings, and recently filed a motion to compel the production of documents because the Trustee deemed the defendants' document production deficient. That motion to compel is set to be heard on June 5, 2017. The Trustee has conducted limited depositions relating to the defendants' lack of production of documents, and the Trustee has scheduled additional depositions of the corporate representatives of certain of the defendants. The depositions are currently set for the week of May 22, 2017. The Court recently entered an order continuing the pretrial conference in the litigation adversary proceeding until November, 2017, and there is currently no pretrial scheduled in the discharge action, as the Court wanted to resolve certain related issues in the litigation adversary proceeding before determining those issues in the discharge action. Both adversary proceedings are in the discovery phase. (LT)
10/1/16 - Trustee reviewed case progress; Objection to the debtor's claim of exemptions was granted. Trustee trying to reach a settlement on all exemption issues to avoid the turnover of personal property. Trustee finalizing a Complaint Objecting to Debtor's Discharge, this should be filed in November. Trustee filed a Complaint Adv Case 16-01277-LMI and is amending complaint in accordance with the Judge's statements during a hearing to consider the Plaintiff's Motion to Dismiss Complaint. ; Discovery is ongoing and a Pre-Trial Conference is set for 12/7/16.(LT)

|  |  | SUBTOTALS | $0.00 | $0.00 |  |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-20614 | Trustee Name: | Robert A. Angueira |
| --- | --- | --- | --- |
| Case Name: | T., LEONIDAS ORTEGA | Date Filed (f) or Converted (c): | 06/11/2015 (f) |
| For the Period Ending: | 09/30/2024 | §341(a) Meeting Date: | 07/15/2015 |
| | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08/17/16 - Trustee reviewed case progress; Debtor's attorney filed a motion to dismiss amended complaint. Trustee's attorney will work on the reponse and will also prepare demand letters against Debtor's family members with the information we received from American Express. Discovery will be served on the defendants next week and the Debtor's wife will be set for a deposition. Discovery is also to be served on Gravier LLP (accountants).

7/1/16 - Trustee reviewed case progress; Trustee's counsel is pursuing a judgment against various companies controlled by the Debtor's family; Hearing on Trustee's objection to claimed exemptions is set for 8/22/16.

04/01/16 - Trustee reviewed case progress; The 2nd deposition of Leonidas Ortega is scheduled for 4/22/16. During the next 30 - 40 days a mediation will be scheduled to try to reach a settlement in this case. If no settlement is reached then a motion will be filed to show that the Debtor is the true owner of a series of schools that are in business.

09/30/15 - Trustee hired Kozyak Tropin & ThrockMorton as Counsel (DE#40) and Moecker Auctions as Property Appraiser (DE#55). Attorney will be conducting Rule 2004's of Debtor and various family members. Debtor is accused of stealing over $200 million dollars and there will a substantial amount of litigation.

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | 12/31/2025 | /s/ ROBERT A. ANGUEIRA |
| --- | --- | --- | --- | --- |
| | | | | ROBERT A. ANGUEIRA |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 15-20614 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9217 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/17/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $11,456.42 | | $11,456.42 |
| 02/27/2017 | | T., LEONIDAS ORTEGA | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $15,456.42 |
| | {2} | | allocated to this asset          $980.00 | 1129-000 | | | $15,456.42 |
| | {3} | | allocated to this asset          $2,860.00 | 1129-000 | | | $15,456.42 |
| | {14} | | allocated to this asset          $160.00 | 1124-000 | | | $15,456.42 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.57 | $15,448.85 |
| 03/20/2017 | | T., LEONIDAS ORTEGA | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $19,448.85 |
| | {14} | | allocated to this asset          $160.00 | 1124-000 | | | $19,448.85 |
| | {2} | | allocated to this asset          $980.00 | 1129-000 | | | $19,448.85 |
| | {3} | | allocated to this asset          $2,860.00 | 1129-000 | | | $19,448.85 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.24 | $19,419.61 |
| 04/20/2017 | | T., LEONIDAS ORTEGA | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $23,419.61 |
| | {14} | | allocated to this asset          $160.00 | 1124-000 | | | $23,419.61 |
| | {2} | | allocated to this asset          $980.00 | 1129-000 | | | $23,419.61 |
| | {3} | | allocated to this asset          $2,860.00 | 1129-000 | | | $23,419.61 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $30.38 | $23,389.23 |
| 05/24/2017 | | T., LEONIDAS ORTEGA | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $27,389.23 |
| | {14} | | allocated to this asset          $160.00 | 1124-000 | | | $27,389.23 |
| | {2} | | allocated to this asset          $980.00 | 1129-000 | | | $27,389.23 |
| | {3} | | allocated to this asset          $2,860.00 | 1129-000 | | | $27,389.23 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $39.40 | $27,349.83 |

**SUBTOTALS**         $27,456.42         $106.59

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 15-20614 | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9217 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/15/2017 | | T., LEONIDAS ORTEGA | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $3,000.00 | | $30,349.83 |
| | {14} | | allocated to this asset        $120.00 | 1124-000 | | | $30,349.83 |
| | {2} | | allocated to this asset        $735.00 | 1129-000 | | | $30,349.83 |
| | {3} | | allocated to this asset      $2,145.00 | 1129-000 | | | $30,349.83 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $48.21 | $30,301.62 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $45.74 | $30,255.88 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $48.82 | $30,207.06 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $48.74 | $30,158.32 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $47.09 | $30,111.23 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $47.02 | $30,064.21 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $48.51 | $30,015.70 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $48.43 | $29,967.27 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $43.67 | $29,923.60 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $49.84 | $29,873.76 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $45.09 | $29,828.67 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $48.13 | $29,780.54 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $48.05 | $29,732.49 |
| 07/18/2018 | 5001 | Drew M. Dillworth, Esq. | Per Order dated 7/16/18, doc #215.  50% Mediator Fee. | 3721-000 | | $3,302.25 | $26,430.24 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $45.22 | $26,385.02 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $46.69 | $26,338.33 |
| 03/12/2020 | (17) | James Miller IOLTA Acct | Per Order dated 2/25/20, DE#250.  Settled adversary 17-01227 LMI | 1241-000 | $67,500.00 | | $93,838.33 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $156.31 | $93,682.02 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $141.42 | $93,540.60 |
| | | | **SUBTOTALS** | | $70,500.00 | $4,309.23 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 15-20614 | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9217 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/28/2020 | 5002 | International Sureties, LTD | Chapter 7 Blanket Bond Renewal - bond #016027932 Term 01/01/21 to 01/01/22 | 2300-000 | | $44.39 | $93,496.21 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $150.94 | $93,345.27 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $150.65 | $93,194.62 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $135.83 | $93,058.79 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $150.16 | $92,908.63 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $154.76 | $92,753.87 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $140.02 | $92,613.85 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $144.62 | $92,469.23 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $154.03 | $92,315.20 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $144.16 | $92,171.04 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $143.93 | $92,027.11 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $148.50 | $91,878.61 |
| 11/17/2021 | 5003 | Kozyak Tropin & Throckmorton, LLP | Per Order dated 9/29/21, DE#275 SEALED. | 3210-000 | | $17,590.13 | $74,288.48 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $138.90 | $74,149.58 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $119.65 | $74,029.93 |
| 01/18/2022 | 5004 | International Sureties, LTD | Renewal of Bond #016027932 for period 1/1/22 to 1/1/23 | 2300-000 | | $30.38 | $73,999.55 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $119.45 | $73,880.10 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $107.68 | $73,772.42 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $119.04 | $73,653.38 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $118.85 | $73,534.53 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $114.83 | $73,419.70 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $114.65 | $73,305.05 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $118.29 | $73,186.76 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $118.10 | $73,068.66 |
| | | | SUBTOTALS | | $0.00 | $20,471.94 | |

Case 15-20614-LMI    Doc 284    Filed 10/30/24    Page 9 of 13

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 15-20614 | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9217 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $121.71 | $72,946.95 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $110.11 | $72,836.84 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $113.74 | $72,723.10 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $117.35 | $72,605.75 |
| 01/16/2023 | 5005 | International Sureties, LTD | Chapter 7 Blanket Bond #016027932 Renewal.  Term 1/1/23 to 1/1/24. | 2300-000 | | $56.22 | $72,549.53 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $117.14 | $72,432.39 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $105.57 | $72,326.82 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $124.24 | $72,202.58 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $105.23 | $72,097.35 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $116.34 | $71,981.01 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $119.90 | $71,861.11 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $108.48 | $71,752.63 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $115.78 | $71,636.85 |
| 02/22/2024 | 5006 | International Sureties, LTD | Chapter 7 Blanket Bond#612419186 for 1/1/24 to 1/1/25 | 2300-000 | | $53.74 | $71,583.11 |

| | | | | **SUBTOTALS** | **$0.00** | **$1,485.55** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 15-20614 | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9217 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $97,956.42 | $26,373.31 | $71,583.11 |
| | | | Less: Bank transfers/CDs | | $11,456.42 | $0.00 | |
| | | | Subtotal | | $86,500.00 | $26,373.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $86,500.00 | $26,373.31 | |

**For the period of 10/01/2023 to 09/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $53.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/17/2017 to 9/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $86,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,500.00 |
| Total Internal/Transfer Receipts: | $11,456.42 |
| | |
| Total Compensable Disbursements: | $26,373.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,373.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-20614 | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9217 | | Checking Acct #: | ******7366 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/17/2016 | | Leonidas Ortega | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $4,000.00 |
| | {2} | | Allocated to Asset #2    $980.00 | 1129-000 | | | $4,000.00 |
| | {3} | | Allocated to Asset #3    $2,860.00 | 1129-000 | | | $4,000.00 |
| | {14} | | Allocated to Asset #14    $160.00 | 1124-000 | | | $4,000.00 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,990.00 |
| 12/19/2016 | | Leonidas Ortega | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $7,990.00 |
| | {2} | | Allocated to Asset #2    $980.00 | 1129-000 | | | $7,990.00 |
| | {3} | | Allocated to Asset #3    $2,860.00 | 1129-000 | | | $7,990.00 |
| | {14} | | Allocated to Asset #14    $160.00 | 1124-000 | | | $7,990.00 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $7,980.00 |
| 01/23/2017 | | Leonidas Ortega | Per Order on Claimed Exemptions dated 10/26/16, Doc #159. | * | $4,000.00 | | $11,980.00 |
| | {2} | | Allocated to Asset #2    $980.00 | 1129-000 | | | $11,980.00 |
| | {3} | | Allocated to Asset #3    $2,860.00 | 1129-000 | | | $11,980.00 |
| | {14} | | Allocated to Asset #4    $160.00 | 1124-000 | | | $11,980.00 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.58 | $11,966.42 |
| 02/13/2017 | 101 | Moecker Auctions, Inc. | Per Order dated 10/8/15, Doc #55. | 3711-000 | | $500.00 | $11,466.42 |
| 02/17/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $11,456.42 |
| 02/17/2017 | | Green Bank | Transfer Funds | 9999-000 | | $11,456.42 | $0.00 |
| 02/28/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.01 | ($10.01) |
| 03/01/2017 | | Rabobank, N.A. | Bank Service Fee Reversal | 2600-000 | | ($10.01) | $0.00 |

| | | | | SUBTOTALS | $12,000.00 | $12,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No. | 15-20614 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9217 | Checking Acct #: | ******7366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $12,000.00 | $12,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $11,456.42 | |
| | | | **Subtotal** | | $12,000.00 | $543.58 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $12,000.00 | $543.58 | |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 11/17/2016 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $12,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $12,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $543.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $543.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $11,456.42 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8

| Case No. | 15-20614 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | T., LEONIDAS ORTEGA | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9217 | Checking Acct #: | ******7366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $98,500.00 | $26,916.89 | $71,583.11 |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 11/17/2016 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $98,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $98,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $11,456.42 |
| Total Compensable Disbursements: | $53.74 | Total Compensable Disbursements: | $26,916.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.74 | Total Comp/Non Comp Disbursements: | $26,916.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $11,456.42 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA